UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 24-53-DLB-CJS

MICHAEL THORNTON     PLAINTIFF

v.     **ORDER**

W. WHITNEY, et al.     DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 44), wherein she recommends that the Defendant W. Whitney's Motion to Dismiss (Doc. # 40) be denied. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised, **ORDERS** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 44), is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court; and

(2) Defendant W. Whitney's Motion to Dismiss (Doc. # 40) is **DENIED**.

This 3rd day of March, 2026.



Signed By:
David L. Bunning
Chief United States District Judge